**In re Mike VARGO and Jerry Chang.**

No. 05–1327.

United States Court of Appeals, Federal Circuit.

June 28, 2005.

ON MOTION

*ORDER*

Upon consideration of Mike Vargo et al.'s unopposed motion to voluntarily dismiss their appeal 05–1327,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

**CARPAD, INC. and Steven Saylor, Plaintiffs–Appellants,**

v.

**BROOKSTONE COMPANY, INC., Defendant–Appellee.**

No. 05–1223.

United States Court of Appeals, Federal Circuit.

July 1, 2005.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.